## Alfred DeSautels, Appellee, v. Alvin Smith et al., Appellants.

opinion filed October 27, 1944; released for publication November 27, 1944. R. F. Taylor, Chas. Durfee and Grover E. Holmes, for appellants; Clarence E. Soward and James A. Watson, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.